AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Koeltl, John G | U.S.D.C. Southern District-NY | 05/11/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse<br>500 Pearl St. Room 1030<br>New York, New York 10007-1581 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. GENERAL PARTNER | PELF PARTNERS - REAL ESTATE PARTNERSHIP (PASSIVE) |
| 3. ADJUNCT LAW PROFESSOR | NY UNIVERSITY LAW SCHOOL |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | PELF PARTNERS - BUSINESS INCOME (ESTIMATED - 2005 K-1 NOT YET AVAILABLE) | $ 1,000.00 |
| 2. 2005 | NEW YORK UNIVERSITY - TEACHING | $ 10,000.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PELF PARTNERS | NEGATIVE BALANCE IN CAPITAL ACCOUNT. | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COCA COLA - COMMON | B | Dividend | L | T | | | | | |
| 2. JOHNSON & JOHNSON - COMMON | C | Dividend | M | T | | | | | |
| 3. PFIZER INC. - COMMON | C | Dividend | L | T | Contrib. | 12/08 | J | C | Regis HS - Donee |
| 4. ROYAL DUTCH SHELL PLC - COMMON | C | Dividend | L | T | | | | | |
| 5. AMERICAN WASHINGTON MUTUAL FUND INVST B - MUTUAL FUND | B | Dividend | L | T | Buy | 12/31 | J | | |
| 6. MFS VALUE FUND CL B - MUTUAL FUND | C | Dividend | L | T | Buy | 12/31 | J | | |
| 7. PIMCO RENAISSANCE FUND CL B - MUTUAL FUND | | None | | | Sell | 05/06 | L | D | |
| 8. | | | | | Sell | 07/27 | M | E | |
| 9. VAN KAMPEN COMSTOCK FUND CL B - MUTUAL FUND | D | Dividend | M | T | Buy | 12/31 | J | | |
| 10. ALLIANZ OCC VALUE FUND CL C - MUTUAL FUND | E | Dividend | M | T | Buy | 12/31 | K | | Formerly Pimco Pea Value |
| 11. ALLIANZ CCM CAP. APPREC. FUND CL B - MUTUAL FUND | | None | M | T | Buy | 05/16 | L | | |
| 12. | | | | | Buy | 07/27 | M | | |
| 13. PIMCO EMERGING MKTS BOND FUND CL C - MUTUAL FUND | D | Dividend | M | T | Sell | 05/04 | K | | |
| 14. | | | | | Buy | 12/31 | J | | |
| 15. MERRILL LYNCH CMA MONEY FUND - N.Y.,N.Y. | A | Dividend | K | T | Buy | VAR | J | | Net Increase To MM Fund |
| 16. N.Y. STATE DORM. AUTH. 5.3% MANHATTANVILLE BOND DUE 7/1/09 | B | Interest | K | T | | | | | |
| 17. TRIBOR. BRIDGE & TUNNEL | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| BOND 6.625% DUE 1/01/12 | | | | | | | | | |
| 18. TRIBOR. BRIDGE & TUNNEL BOND 5.5% DUE 1/1/17 | B | Interest | K | T | | | | | |
| 19. N.Y. STATE MTG AGY BOND 5.60% DUE 10/01/17 | B | Interest | K | T | | | | | |
| 20. N.Y STATE SER G BOND 5% DUE 08/01/15 | B | Interest | K | T | | | | | |
| 21. N.Y. STATE TRANS BOND 5% DUE 05/01/16 | B | Interest | K | T | | | | | |
| 22. N.Y. STATE SER C BOND 5.25% DUE 11/15/21 | B | Interest | K | T | | | | | |
| 23. N.Y. STATE DORM. AUTH. BOND 5% DUE 07/01/28 | B | Interest | K | T | | | | | |
| 24. N.Y. STATE TWY. AUTH. BOND SER. C 5.25% DUE 04/01/15 | C | Interest | L | T. | | | | | |
| 25. N.Y. STATE SER C BOND 5% DUE 08/15/17 | B | Interest | K | T | | | | | |
| 26. N.Y. STATE MTG AGY BOND SER 80 5.10% DUE 10/01/17 | C | Interest | L | T | | | | | |
| 27. N.Y. STATE SER B BOND 5.25% DUE 08/01/20 | C | Interest | L | T | | | | | |
| 28. NY NY TRANS FIN ATRV FUT B BOND 4.75% DUE 11/15/23 | A | Interest | L | T | Buy | 05/20 | L | | |
| 29. N.Y. STATE SER F BOND 5% DUE 08/01/23 | B | Interest | K | T | | | | | |
| 30. TRIBOR. BRIDGE & TUNNEL BOND 5.25% DUE 01/01/28 | C | Interest | L | T | | | | | |
| 31. N.Y. STATE URBAN DEV BOND 5.25% DUE 01/01/15 | B | Interest | K | T | | | | | |
| 32. N.Y. STATE ENGY RESH BOND 5.5% DUE 01/01/21 | C | Interest | L | T | | | | | |
| 33. NEW YORK CITY MUN WTR BOND 5.125% DUE 06/15/21 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. NEW YORK CITY MUN WTR BOND 5.50% DUE 06/15/23 | B | Interest | | | Sell | 06/15 | K | | |
| 35. N.Y. STATE MTG ACGY REV BOND 5.05% DUE 10/01/17 | C | Interest | L | T | | | | | |
| 36. NY NY CY TRANSITNL BOND 5% DUE 05/01/25 | B | Interest | K | T | | | | | |
| 37. N.Y. STATE SER H BOND 5.125% DUE 08/01/25 | B | Interest | K | T | | | | | |
| 38. NY NY TRANSITNL AT BOND 5% DUE 05/01/26 | A | Interest | K | T | | | | | |
| 39. N.Y. CITY MUN WFA BOND 5% DUE 06/15/27 | C | Interest | M | T | | | | | |
| 40. N.Y. CITY MUN WTR BOND 5% DUE 06/15/29 | C | Interest | L | T | | | | | |
| 41. NY CITY IDA BOND 5% DUE 06/01/22 | C | Interest | L | T | | | | | |
| 42. N.Y. STATE URBAN DEV BOND 5% DUE 01/01/28 | B | Interest | K | T | | | | | |
| 43. NEW YORK NY TCRS BOND 5% DUE 03/15/29 | B | Interest | K | T | | | | | |
| 44. NY CITY CY TRANS BOND 5% DUE 05/01/31 | B | Interest | K | T | | | | | |
| 45. N.Y STATE SER C BOND 4.4% DUE 04/15/21 | B | Interest | K | T | | | | | |
| 46. N.Y. STATE NY SER F BOND 5.3% DUE 01/15/26 | C | Interest | L | T | | | | | |
| 47. N.Y. STATE DORM. AUTH. 4.75% REV ST JOHNS BOND DUE 07/01/28 | C | Interest | L | T | | | | | |
| 48. TRIBOR. BRIDGE & TUNNEL BOND 5% DUE 11/15/32 | B | Interest | L | T | | | | | |
| 49. NY NY TRANSITNL FIN AUTH BOND 4.75% DUE 01/01/23 | C | Interest | L | T | | | | | |
| 50. NY NY CY TRANSTNL FIN ATRV BOND 5% DUE 02/01/33 | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. CITIBANK CHECKING ACCOUNT - N.Y.,N.Y. | | None | J | T | | | | | |
| 52. MERRILL LYNCH (IRA ACCOUNT) - ALLIANZ OCC VALUE FUND CL C | B | Dividend | J | T | Buy | 12/31 | J | | Formerly Pimco Pea Value |
| 53. MERRILL LYNCH (IRA ROLLOVER) - AIM INT'L FUND | D | Dividend | M | T | Buy | 12/31 | J | | |
| 54. MERRILL LYNCH (IRA ROLLOVER) - ALGER CAP. APPREC. FUND | | None | L | T | Sell | 02/02 | L | | |
| 55. MERRILL LYNCH (IRA ROLLOVER) - AMER. FD WASHINGTON FUND CL B | B | Dividend | | | Buy | 01/31 | J | | |
| 56. | | | | | Sell | 02/02 | K | A | |
| 57. | | | | | Sell | 07/27 | M | E | |
| 58. MERRILL LYNCH (IRA ROLLOVER) - DAVIS NY VENTURE FUND CL B | A | Dividend | N | T | Buy | 12/31 | J | | |
| 59. MERRILL LYNCH (IRA ROLLOVER) - ALLIANZ OCC VALUE FUND CL C | E | Dividend | M | T | Buy | 12/31 | K | | Formerly Pimco Pea Value |
| 60. MERRILL LYNCH (IRA ROLLOVER) - PUTNAM INT'L EQUITY FUND CL B | B | Dividend | M | T | Sell | 02/02 | L | | |
| 61. | | | | | Buy | 12/31 | J | | |
| 62. MERRILL LYNCH (IRA ROLLOVER) - PUTNAM INT'L CAP OPP FUND CLB | B | Dividend | M | T | Buy | 12/31 | J | | |
| 63. MERRILL LYNCH(IRA ROLLOVER)-AMER. CAP INC BUILDER FUND CL B | D | Dividend | N | T | Buy | 02/02 | K | | |
| 64. | | | | | Buy | 07/27 | M | | |
| 65. | | | | | Buy | 12/31 | J | | |
| 66. MERRILL LYNCH (IRA ROLLOVER) - CALAMOS GROWTH | C | Dividend | L | T | Buy | 02/02 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| FUND CL C | | | | | | | | | |
| 67. | | | | | Buy | 12/31 | J | | |
| 68. MERRILL LYNCH (IRA ROLLOVER) - PUTNAM NEW VALUE FUND CL B | B | Dividend | L | T | Buy | 02/02 | L | | |
| 69. | | | | | Buy | 12/31 | J | | |
| 70. PELF PARTNERS - GENERAL PARTNERSHIP INTEREST | *SEE PART III* | | J | U | *SEE PART III FOR LIABILITY DISCLOSED DUE TO NEGATIVE CAPITAL BALANCE* | | | | |
| 71. US TREASURY DIRECT - US TREASURY NOTES | B | Interest | L | T | | | | | SEE PART VIII COMMENT |
| 72. CITY & SUBURBAN-SAVINGS ACCT YONKERS, N.Y. | A | Interest | L | T | | | | | SEE PART VIII COMMENT |
| 73. HSBC BANK - MONEY MARKET ACCTS. - BUFFALO,N.Y. | A | Interest | L | T | | | | | SEE PART VIII COMMENT |
| 74. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII - COMMENTS

1) INVESTMENTS REPORTED ON LINES 71,72 & 73 RELATE TO A TREASURY NOTE ACCOUNT AND CASH ACCOUNTS HELD AT TWO BANKS ON WHICH I AM NAMED CO-OWNNER WITH ▮▮▮▮▮▮▮▮ AS A CONVENIENCE TO ▮▮▮ THE ACCOUNTS WERE FUNDED COMPLETELY BY ▮▮▮▮▮▮▮▮ AND ALL EARNINGS ON THESE ACCOUNTS ARE REPORTED BY ▮▮▮ DUE TO MY LISTED ▮▮▮▮ OWNERSHIP I AM REPORTING THE ACCOUNTS AND INCOME AT THE TOTAL VALUE.

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G | 05/11/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date____5/11/06._____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AN   WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544